

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Robert L. Coyle, Jr., Appellant

No. 06-25-00035-CV         v.

Dr. Zach Rozell, Director, and ITEACH
TEXAS (a/k/a ITEACH), Appellees

Appeal from the County Court at Law No. 2 of Denton County, Texas (Tr. Ct. No. CV-2022-02054).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Robert L. Coyle, Jr., pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 21, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk